**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Cathy Marie Begg<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−3528<br>EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13−30235−CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cathy Marie Begg

4/2/19    **By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-30235-CMG
Cathy Marie Begg                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Apr 02, 2019
                               Form ID: 3180W           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
```
db             +Cathy Marie Begg,    275 N. Main Street,     Lambertville, NJ 08530-1417
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Green Tree Servicing, LLC,    Robertson, Anschutz, Schneid, P.L.,
                 6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
514215560      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
514215565      +Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
514215564      +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2627
516466952       GMAC Mtg. Corp.,    Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
514232657       Hunterdon Medical Center,    c/o CCCB,    PO Box 336,   Raritan, NJ 08869-0336
514355590       Jefferson University Hospitals,    State Coll. Svc., Inc.,    2509 S. Stoughton Rd.. POB 6250,
                 Madison, WI 53716-0250
514384536      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 00:21:02     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 00:20:58     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Apr 03 2019 03:33:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Road,    Winterville, NC 28590-8872
514215558      +EDI: AFNIRECOVERY.COM Apr 03 2019 03:33:00     Afni, Inc.,    Attn: Bankruptcy,   Po Box 3097,
                 Bloomington, IL 61702-3097
514215559      +EDI: AFNIRECOVERY.COM Apr 03 2019 03:33:00     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
514215561       EDI: BANKAMER.COM Apr 03 2019 03:33:00     Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
514292398       EDI: BL-BECKET.COM Apr 03 2019 03:33:00     Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
514215562      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 03 2019 00:20:46     Certified Credit & Col,
                 69 Readington Rd,   Branchburg, NJ 08876-3557
514223779       EDI: DISCOVER.COM Apr 03 2019 03:33:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
514215563      +EDI: DISCOVER.COM Apr 03 2019 03:33:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
517963450       E-mail/Text: jennifer.chacon@spservicing.com Apr 03 2019 00:21:55
                 Federal Home Loan Mortgage Corporation Et AL...,    c/o Select Portfolio Servicing, Inc.,
                 PO Box 65450,   Salt Lake City, UT 84165-0450
517963451      +E-mail/Text: jennifer.chacon@spservicing.com Apr 03 2019 00:21:55
                 Federal Home Loan Mortgage Corporation Et AL...,    c/o Select Portfolio Servicing, Inc.,
                 PO Box 65450,   Salt Lake City, UT 84165-0450,    Federal Home Loan Mortgage Corporation E,
                 c/o Select Portfolio Servicing, Inc. 84165-0450
514297470       E-mail/Text: bankruptcy.bnc@ditech.com Apr 03 2019 00:20:25     Green Tree Servicing LLC,
                 P. O. Box 6154,   Rapid City, South Dakota 57709-6154,    Telephone number: 888-298-7785
514215566      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 03 2019 00:20:25     Green Tree Servicing L,
                 Po Box 6172,   Rapid City, SD 57709-6172
514297471      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 03 2019 00:20:25     Green Tree Servicing LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number 60055-0049
514215567      +E-mail/Text: bankruptcydepartment@tsico.com Apr 03 2019 00:21:35     Nco Fin /99,
                 Po Box 15636,   Wilmington, DE 19850-5636
514215568       EDI: WFFC.COM Apr 03 2019 03:33:00     Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701
514331108       EDI: WFFC.COM Apr 03 2019 03:33:00     Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
514401789      +EDI: WFFC.COM Apr 03 2019 03:33:00     Wells Fargo Bank, N.A.,    MAC# D3347-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
515475542      +EDI: WFFC.COM Apr 03 2019 03:33:00     Wells Fargo Bank, NA,    MAC#D3347-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514215570      +EDI: WFFC.COM Apr 03 2019 03:33:00     Wfs Financial/Wachovia Dealer Srvs,    Po Box 1697,
                 Winterville, NC 28590-1697
514215569      +EDI: WFFC.COM Apr 03 2019 03:33:00     Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                                TOTAL: 22
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 02, 2019
                              Form ID: 3180W           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
            Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
            Albert   Russo    docs@russotrustee.com
            Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
            Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
             the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
             Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned
             Loans Structured Transaction Trust, Series 2018-2 dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
             Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
             Services, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
            Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as
             Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series
             2018-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
            Kirsten B. Ennis    on behalf of Debtor Cathy Marie Begg pacerecf@ennislegal.com,
             r53278@notify.bestcase.com
            Michael Frederick Dingerdissen    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
            Miriam   Rosenblatt    on behalf of Creditor    Green Tree Servicing, LLC bkyecf@rasflaw.com,
             mrosenblatt@rasflaw.com
            Miriam   Rosenblatt    on behalf of Creditor    Wells Fargo Bank, N.A. bkyecf@rasflaw.com,
             mrosenblatt@rasflaw.com
            Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
            Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
                                                                                             TOTAL: 13
```